# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEJLA DURMISEVIC,<br><br>　　　　　　　　　Plaintiff(s)<br>　v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br><br>　　　　　　　　　Defendant(s) | CASE No  4:25-cv-10535-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)


The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline:  July 15, 2026

Date:  March 10, 2026　　　　　　　　　　　　s/Grant Ingram
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date:  March 10, 2026　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☐ **X    IT IS SO ORDERED.**
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:


DATE:   3/11/2026　　　　　　　　　　_Haywood S. Gill, Jr._
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

---

*Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*