United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEJLA DURMISEVIC,

          Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE
COMPANY,

          Defendant.

Case No.  25-cv-10535-HSG

**SCHEDULING ORDER**

A case management conference was held on March 10, 2026.  Having considered the parties' proposals, *see* Dkt. No. 21, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Defendant to Produce the Administrative Record | March 16, 2026 |
| Amendment of Pleadings/ Joinder | May 10, 2026 |
| Close of Fact Discovery | July 1, 2026 |
| Deadline to Conduct Private Mediation | July 10, 2026 |
| Defendant to Lodge Administrative Record Under Seal | August 20, 2026 |
| Plaintiff to File Rule 52 Opening Brief | September 3, 2026 |
| Defendant to File Rule 52 Cross-Motion and Opposition | September 17, 2026 |
| Plaintiff to File Rule 52 Reply and Opposition to Cross-Motion | October 1, 2026 |
| Defendant to File Rule 52 Reply | October 15, 2026 |
| Rule 52 Hearing | October 30, 2026 at 10 a.m. |

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   3/12/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge